# United States Court of Appeals
### For The District of Columbia Circuit

**No. 10-5334**　　　　　　　　　　　**September Term, 2012**

1:92-cv-02288-RMU

Filed On: December 7, 2012

William G. Moore, Jr. and Blanche K. Moore,

>Appellees

v.

Michael Hartman, et al.,

>Appellants

Antonio Santos,

>Appellee

Pamela Jean Sothan-Robbins,

>Appellant

United States of America,

>Appellee

## ORDER

It is **ORDERED**, on the court's own motion, that the mandate issued on October 17, 2011, be recalled. The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith.

>**FOR THE COURT:**
>Mark J. Langer, Clerk
>
>BY:　/s/
>　　　Jennifer M. Clark
>　　　Deputy Clerk