# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 10-5334**                                              **September Term, 2012**

WILLIAM G. MOORE, JR. AND BLANCHE K. MOORE,                 FILED ON: JANUARY 15, 2013
        APPELLEES

v.

MICHAEL HARTMAN, ET AL.,
        APPELLANTS

ANTONIO SANTOS,
        APPELLEE

PAMELA JEAN SOTHAN-ROBBINS,
        APPELLANT

UNITED STATES OF AMERICA,
        APPELLEE



CA 93-324
CA 92-2288

On Remand from the U.S. Supreme Court

Before: ROGERS, TATEL and KAVANAUGH, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on remand from the United States Supreme Court and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment filed July 15, 2011, be reinstated, in accordance with the opinion of the court filed herein this date.

The Clerk is directed to issue the mandate forthwith.

**Per Curiam**

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

BY:
                  /s/
                  Jennifer M. Clark
                  Deputy Clerk

Date: January 15, 2013

Opinion Per Curiam
Dissenting opinion filed by Circuit Judge Kavanaugh.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk