UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM G. MOORE, JR., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>MICHAEL HARTMAN, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 92-2288 (BAH)<br>(Consolidated with Civil Action<br>No. 93-0324 (BAH)) |
| WILLIAM G. MOORE, JR., )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 93-0324 (BAH)<br>(Consolidated with Civil Action<br>No. 92-2288 (BAH)) |

**AGREED MOTION FOR CLARIFICATION CONCERNING SCHEDULE**

Plaintiff William G. Moore, through undersigned counsel, hereby moves this Court for clarification concerning the schedule. Counsel for Plaintiff has conferred with counsel for Defendants, who have agreed to join this motion.

This consolidated action was re-assigned to Judge Howell after Judge Jackson recused herself during what was to have been the final pre-trial conference, held May 29, 2014. Jury selection was set to begin on June 9, and the parties were told that Judge Jackson would sit on June 9, 10, and 11, and then resume trial on June 18. There are at least ten motions pending, as well as other pre-trial issues to be addressed.

This motion is intended to call the Court's attention to the uncertainty that exists concerning the schedule. The parties have received no notice about whether they are to appear on Monday, June 9, ready to begin jury selection and perhaps complete the pre-trial conference, or whether the Court intends to vacate that trial date and issue a new scheduling order. At present, Plaintiff has witnesses under subpoena, and counsel, Plaintiff and others will be traveling to Washington from out of town.

The parties would very much appreciate receiving the Court's guidance and clarification with regard to the schedule at the Court's earliest convenience.

Dated:  June 3, 2014                                        Respectfully submitted,

                                                            /s/ Christian G. Vergonis
Amy E. Dias (D.C. Bar No. 1002623)                          Paul M. Pohl (admitted *pro hac vice*)
Henry W. Asbill (D.C. Bar No. 938811)                       JONES DAY
Christian G. Vergonis (D.C. Bar No. 483293)                 One Mellon Bank Center
Charles T. Kotuby, Jr. (D.C. Bar No. 492416)                500 Grant Street, Suite 4500
JONES DAY                                                   Pittsburgh, PA  15219
51 Louisiana Avenue, N.W.                                   (T) 412.391.3939
Washington, D.C.  20001                                     (F) 412.394.7959
(T) 202.879.3939
(F) 202.626.1700                                            Richard H. Deane Jr. (admitted *pro hac vice*)
                                                            JONES DAY
                                                            1420 Peachtree Street, N.E.
                                                            Suite 800
                                                            Atlanta, Georgia 30309-3053
                                                            (T) 404.581.8502
                                                            (F) 404.581.8330

                                                            *Attorneys for Plaintiff*