CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**
**JUL 21 2014**
Clerk, U.S. District and
Bankruptcy Courts

WILLIAM G. MOORE JR.

vs.

MICHAEL HARTMAN, et al.

Civil/Criminal No.: 92-2288 (BAH)

### NOTE FROM JURY #1

The jury understood that plaintiffs and defendants have stipulated a number of facts (a timeline) and that those stipulations would be printed out available for jury inspection.

If such a document exists, we would like to have it for reference.

Thank you.

Date: 7/21/2014
Time: 10:15

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA



**FILED**
JUL 2 1 2014
Clerk, U.S. District and
Bankruptcy Courts

WILLIAM G. MOORE, JR.

vs.

MICHAEL HARTMAN, et al.

Civil/Criminal No.: 92cv2288 (BAH)

### NOTE FROM JURY #2

The jury understands the verdict form item #3 is dependent on the prior item, #2.

If there is a finding of "no" on number 2, it appears that only a finding of "no" would be possible for #3.

The jury notes there is no "not applicable" option. Is there any additional instruction on this, or should we make our own decision with regard to the connections between #2 and #3?

Date: 7/21/14

Time: 1:34

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**
**JUL 2 1 2014**
Clerk, U.S. District and Bankruptcy Courts

WILLIAM G. MOORE, JR.

)
)
vs.   )   Civil/Criminal No.: __92cv2288 (BAH)__
)
MICHAEL HARTMAN, et al.   )
)

**NOTE FROM JURY #3**

The jury has reached a verdict enclosed in a separate envelope.

Date: 7/21/2014
Time: 3:15 pm

FOREPERSON