UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 21 2014
Clerk, U.S. District and
Bankruptcy Courts

WILLIAM G. MOORE, JR.,

    Plaintiff,

v.

MICHAEL HARTMAN, FRANK KORMANN, ROBERT EDWARDS, PIERCE MCINTOSH, NORMAN ROBBINS,

    Defendants.

Civil Action No. 92-cv-2288 (BAH)
Judge Beryl A. Howell

## VERDICT FORM

We, the Jury, being duly empaneled and sworn in the above-captioned action, do find as follows:

1. Has the plaintiff proven, by a preponderance of the evidence, that any of the following defendants acted, at least in part, with a purpose to retaliate against or deter the plaintiff's exercise of his First Amendment rights?

| Defendant | YES | NO |
|---|---|---|
| Robert Edwards | ____ | __X__ |
| Michael Hartman | ____ | __X__ |
| Frank Kormann | ____ | __X__ |
| Pierce McIntosh | ____ | __X__ |
| Norman Robbins | ____ | __X__ |

2. Has the plaintiff proven, by a preponderance of the evidence, that any of the following defendants induced the bringing of criminal charges in an indictment against the plaintiff?

| Defendant | YES | NO |
|---|---|---|
| Robert Edwards | ____ | __X__ |
| Michael Hartman | ____ | __X__ |
| Frank Kormann | ____ | __X__ |
| Pierce McIntosh | ____ | __X__ |
| Norman Robbins | ____ | __X__ |

3. Has the plaintiff proven, by a preponderance of the evidence, that the plaintiff would not have been charged in an indictment without the inducement of the following defendants?

| | | |
|---|---|---|
| Robert Edwards | _____ YES | __X__ NO |
| Michael Hartman | _____ YES | __X__ NO |
| Frank Kormann | _____ YES | __x__ NO |
| Pierce McIntosh | _____ YES | __X__ NO |
| Norman Robbins | _____ YES | __X__ NO |

4. Has the plaintiff proven, by a preponderance of the evidence, that there was no probable cause to bring criminal charges in an indictment against the plaintiff?

_____ THERE WAS NO PROBABLE CAUSE

__X__ THERE WAS PROBABLE CAUSE

*If you answered "There Was Probable Cause" to the above question, go no further; your job is done.*

*If you answered "There Was No Probable Cause" to the above question, please proceed to the following questions.*

5. What amount of compensatory damages do you award the plaintiff?

Amount: $_____

6. What amount of punitive damages, if any, do you award to the plaintiff against the following defendants? (Answer this question only as to those defendants for whom you answered "Yes" in Questions 1, 2, and 3.)

| | |
|---|---|
| Robert Edwards | Amount: $_____ |
| Michael Hartman | Amount: $_____ |
| Frank Kormann | Amount: $_____ |
| Pierce McIntosh | Amount: $_____ |
| Norman Robbins | Amount: $_____ |

7/21/2014
DATE

FOREPERSON