UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM G. MOORE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 92-2288 (BAH) |
| v. | ) | (Consolidated with Civil Action |
| | ) | No. 93-0324 (BAH)) |
| | ) | |
| MICHAEL HARTMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| WILLIAM G. MOORE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 93-0324 (BAH) |
| | ) | (Consolidated with Civil Action |
| v. | ) | No. 92-2288 (BAH)) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE REGARDING HIS MOTION FOR ORDER
GOVERNING APPLICATION OF THE FTCA JUDGMENT BAR**

Plaintiff William G. Moore, Jr., hereby notifies the Court that he will not renew his Motion for Order Governing Application of the FTCA Judgment Bar (Dkt. No. 437) or otherwise seek to withdraw or dismiss his FTCA claim against the United States at this time.

Moore is considering whether to seek post-judgment relief on his *Bivens* claim, including by filing a motion for a new trial pursuant to Rule 59 of the Federal Rules of Civil Procedure. Moore reserves the right to seek to withdraw his FTCA claim in connection with any further proceedings on his *Bivens* claim.

- 2 -

| | |
|---|---|
| Dated:  July 22, 2014 | Respectfully submitted, |
| | /s/ Christian G. Vergonis |

Amy E. Dias (D.C. Bar No. 1002623)
Christian G. Vergonis (D.C. Bar No. 483293)
Charles T. Kotuby, Jr. (D.C. Bar No. 492416)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
(T) 202.879.3939
(F) 202.626.1700

Paul M. Pohl (admitted *pro hac vice*)
JONES DAY
One Mellon Bank Center
500 Grant Street, Suite 4500
Pittsburgh, PA  15219
(T) 412.391.3939
(F) 412.394.7959

Richard H. Deane Jr. (admitted *pro hac vice*)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
(T) 404.581.8502
(F) 404.581.8330

*Attorneys for Plaintiff*