UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM G. MOORE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> MICHAEL HARTMAN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | Civil Action No. 92-2288 (BAH) <br> (Consolidated with Civil Action <br> No. 93-0324 (BAH)) |
| WILLIAM G. MOORE, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 93-0324 (BAH) <br> (Consolidated with Civil Action <br> No. 92-2288 (BAH)) |

### **ITEMIZATION IN SUPPORT OF THE *BIVENS* DEFENDANTS' BILL OF COSTS**

In accordance with Local Civil Rule 54.1(d), and in support of their Bill of Costs, the *Bivens* Defendants respectfully submit the following detailed itemization of costs.

**A.   TRANSCRIPT FEES**

**1. Deposition Transcripts**

As required by Local Civil Rule 54.1(d)(6), the costs for deposition transcripts have been calculated according to the reporter's standard rate for transcription services. Unless otherwise indicated on the attached invoices,[1] the reporter's standard rate was $3.75 per page. The

---

[1] *See* Exhibit 1 (deposition transcript invoices).

defendants do not seek the taxation of court reporter fees for features requested for the convenience of counsel—for example, "CondenseIt," indices, or diskettes. Nor do the defendants seek costs associated with delivery, shipping and handling of the transcripts.

| **Deponent** | **Date** | **Amount** |
|---|---|---|
| Charles Betsey | 8/21/13 | $832.50 |
| Paul Carlin | 9/2/99 | $463.80 |
| Charles Clauson | 9/3/99 | $548.80 |
| Dan Cruse | 8/28/13 | $731.25 |
| Robert Edwards | 2/15/00 | $742.20 |
| Robert Edwards | 4/19/00 | $582.65 |
| Philip Fanara | 8/29/13 | $1,458.75 |
| Michael Hartman | 5/7/98 | $617.40 |
| Michael Hartman | 5/8/98 | $401.40 |
| Michael Hartman | 7/7/00 | $317.85 |
| James Jellison | 11/9/99 | $383.10 |
| Frank Kormann | 2/17/00 | $415.90 |
| Frank Kormann | 3/14/00 | $464.45 |
| Frank Kormann | 3/15/00 | $644 |
| Frank Kormann | 4/25/00 | $159.40 |
| Pierce McIntosh | 4/4/00 | $557.45 |
| Pierce McIntosh | 4/5/00 | $384.45 |
| William Moore | 4/10/00 | $782.70 |
| William Moore | 4/11/00 | $639.30 |

| Norman Robbins | 4/25/00 | $201.60 |
|---|---|---|
| Jerald Udinsky | 8/28/13 | $969.55 |
| Joseph Valder | 2/29/00 | $443.15 |
| Joseph Valder | 3/1/00 | $520.05 |
| Joseph Valder | 7/6/00 | $478.10 |
| Peter Voss | 6/12/14 | $595.20 |

**Deposition Transcripts Subtotal: $14,335.00**

### 2. Videotaping Costs

Taxation of the costs of video depositions is permitted under 28 U.S.C. § 1920(2). *See Cherry v. Champion Int'l Corp.*, 186 F.3d 442, 449 (4th Cir. 1999) (recognizing that taxation of video depositions is permissible if the video was necessarily obtained for use in the case). Accordingly, the defendants respectfully request the costs of the following video depositions that were used during the trial.[2]

| **Deponent** | **Date** | **Amount** |
|---|---|---|
| Robert Edwards | 2/15/00 | $660 |
| Robert Edwards | 4/19/00 | $725 |
| Michael Hartman | 4/20/00 | $800 |
| Michael Hartman | 7/7/00 | $350 |
| Frank Kormann | 2/17/00 | $650 |
| Frank Kormann and Norman Robbins | 4/25/00 | $575 |
| Pierce McIntosh | 4/4/00 | $875 |

---

[2] *See* Exhibit 2 (video invoices).

3

| | | |
|---|---|---|
| Pierce McIntosh | 4/5/00 | $640 |
| Joseph Valder | 2/29/00 | $800 |
| Joseph Valder | 3/1/00 | $725 |
| Joseph Valder | 7/6/00 | $725 |

**Videotaping Costs Subtotal: $7,525.00**

### 3. Transcripts of Trial and Pretrial Proceedings

The following costs for transcription services have been calculated at the reporter's standard rate of $3.65 per page.[3]

| Proceeding | Date | Amount |
|---|---|---|
| Pretrial Conference held before Judge Jackson | 5/29/14 | $302.95 (83 pages x $3.65) |
| Pretrial Conference held before Judge Howell | 6/17/14 and 6/20/14 | $996.45 (273 pages x $3.65) |
| Jury Trial | 6/23/14 through 7/17/14 | $14,826.30 (4062 pages x $3.65) |
| Jury Trial | 7/18/14 | $250.20 (278 pages x $0.90) |

**Transcripts of Trial and Pretrial Proceedings Subtotal: $16,375.90**

**TRANSCRIPT FEES TOTAL: $38,235.90**

**B.    FEES FOR WITNESSES[4]**

In accordance with Local Civil Rule 54.1(d)(10), the *Bivens* defendants respectfully request the taxation of the following witness fees:

---

[3] *See* Exhibit 3 (invoices for trial and pretrial proceedings).

[4] *See* Exhibit 4 (witness fee supporting documents).

**Charles R. Clauson**
2700 Bayshore Blvd.
Building 11, Unit #210
Dunedin, FL 34698

| Attendance | Travel Expenses | Subsistence | Total Cost Each Witness |
|---|---|---|---|
| $120 (3 days) | Mileage to D.C. from Winchester, VA[5] 156 x 0.56 = $87.36 | Lodging: $167 x 3 days = $501  Per diem: $71 x 3 days = $213 | $921.36 |

**Jerald Udinsky**
2941 Telegraph Avenue
Berkeley, CA 94705

| Attendance | Travel Expenses | Subsistence | Total Cost Each Witness |
|---|---|---|---|
| $120 (3 days) | Air travel $1,193 | Lodging: $167 x 3 days = $501  Per diem: $71 x 3 days = $213 | $2,027.00 |

**Joseph B. Valder**
624 Strawberry Banks Drive
Moneta, VA 24121

| Attendance | Travel Expenses | Subsistence | Total Cost Each Witness |
|---|---|---|---|
| $160 (4 days) | Mileage from Moneta, VA 466 x 0.56 = $260.96 | Lodging: $167 x 4 days = $668  Per diem: $71 x 4 days = $284 | $1,372.96 |

**WITNESS FEES TOTAL: $4,321.32**

**C.     FEES FOR MAKING COPIES OF MATERIALS NECESSARILY OBTAINED FOR USE IN THE CASE**

Under Local Civil Rule 54.1(d)(8), the *Bivens* Defendants may recover the "costs of

copying those exhibits which are introduced into evidence, are used for impeachment, or filed

---

[5] Prior to the *Moore* trial, Mr. Clauson traveled from his residence in Dunedin, Florida to Winchester, Virginia on personal business. The defendants are not requesting the taxation of Mr. Clauson's personal travel expenses from Florida to Winchester, Virginia.

5

with the Clerk…." LCvR 54.1(d)(8). In accordance with this Local Rule, the *Bivens* Defendants respectfully request the taxation of costs the defendants incurred in making two copies of all exhibits introduced into evidence at trial as follows:

**COPYING COSTS TOTAL: 5,818 pages of exhibits x 2 at $0.15 per page = $1,745.40**

**D.     COMPENSATION OF COURT-APPOINTED EXPERT FEES**

In accordance with Local Rule 54.1(d)(12), the *Bivens* defendants respectfully seek the taxation of costs incurred by the defendants in connection with the appointment of a Special Master by United States District Judge Norma Holloway Johnson in *In re: Grand Jury Investigation*, Misc. No. 96-234 (associated with *Moore v. Hartman, et al.*, Civ. No. 92-2288). In July 1998, Judge Johnson appointed Special Master Richard Hibey to conduct a review of the Postal Inspection Service and U.S. Attorney's Office investigative files. The purpose of the Special Master's review was to identify and cull out materials protected from disclosure by Rule 6(e) of the Federal Rules of Criminal Procedure, so that documents responsive to Plaintiff's discovery requests in the *Bivens* action could be produced without running afoul of Rule 6(e). *See Aird v. Ford Motor Co.*, 86 F.3d 216, 220 (D.C. Cir. 1996) (recognizing that special master's fees are recoverable by the prevailing party under Fed. R. Civ. P. 54(d)).[6]

| Invoice Number | Invoice Date | Amount |
|---|---|---|
| 091958 | 9/28/98 | $8,655.26 |
| 160505 | 10/23/98 | $4,096.73 |
| 162583 | 11/19/98 | $8,130.93 |

---

[6] *See* Exhibit 5 (Special Master invoices).

| | | |
|---|---|---|
| 165439 | 12/21/98 | $14,148.22 |
| 167845 | 1/22/99 | $21,377.26 |
| 170010 | 2/23/99 | $8,812.82 |
| 172038 | 3/23/99 | $617.19 |
| 174255 | 4/22/99 | $13,680.17 |
| 176653 | 5/20/99 | $22,869.06 |
| 179511 | 6/18/99 | $21,936.56 |
| 182303 | 7/21/99 | $1,610.16 |
| 185121 | 8/25/99 | $9,347.09 |
| 186959 | 9/16/99 | $15,443.88 |
| 189845 | 10/21/99 | $11,476.41 |
| 191870 | 11/16/99 | $1,681.56 |
| 194895 | 12/15/99 | $201.42 |
| 197908 | 1/17/00 | $90.79 |
| 200160 | 2/14/00 | $1,043.14 |
| 202467 | 3/13/00 | $201.55 |
| 1622437 | 12/22/00 | $900.00 |
| 1626987 | 1/19/01 | $472.50 |
| 1642465 | 4/26/01 | $8,213.10 |
| 1646191 | 5/23/01 | $4,084.17 |
| 1669981 | 10/25/01 | $375.00 |
| 1674305 | 11/20/01 | $187.50 |

**COURT-APPOINTED EXPERT COSTS TOTAL: $179,652.47**

**BILL OF COSTS TOTAL: $223,955.09**

Dated: August 11, 2014                Respectfully submitted,

                                                      STUART F. DELERY
                                                     Assistant Attorney General

                                                     RUPA BHATTACHARYYA
                                                     Director, Torts Branch, Civil Division

                                                     ANDREA W. McCARTHY
                                                   RICHARD MONTAGUE
                                                   Senior Trial Counsel

                                                   By: /s/ Reginald M. Skinner
                                                   JAMES G. BARTOLOTTO
                                                   LINDA Y. CHENG
                                                   KELLY HEIDRICH
                                                   REGINALD M. SKINNER
                                                   PAUL E. WERNER
                                                   Trial Attorneys, Civil Division
                                                   United States Department of Justice
                                                   P.O. Box 7146, Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Tel: (202) 616-3111
                                                   Fax: (202) 616-4314

                                                   *Attorneys for the Defendants*